```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JONATHAN PEREZ,                                                :
                                                               :
                              Petitioner,                      :     1:16-cr-656-GHW-2
                                                               :
              -v-                                              :
                                                               :     1:19-cv-9129-GHW
UNITED STATES OF AMERICA,                                      :
                                                               :     ORDER
                              Respondent.                      :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 24, 2020, the Court entered an order that, *inter alia*, directed the Government to "file by June 26, 2020 a letter confirming it has complied with the June 11, 2020 order" requiring the Government to mail a copy of its opposition to Petitioner. 19-cv-9129, Dkt. No. 15; 16-cr-656-2, Dkt. No. 748. The Court has not received this letter. The Government is directed to comply with the Court's order forthwith, and in no event later than June 30, 2020. If it has not already done so, the Government is further directed to mail a copy of its opposition to Petitioner's address as listed in his letter posted on the docket on June 23, 2020, which is not the address currently listed on the docket. 19-cv-9129, Dkt. No. 16; 16-cr-656-2, Dkt. No. 750.

The Clerk of Court is directed to send by first class and certified mail a copy of this order to Petitioner at the address listed in his letter entered on the docket on June 23, 2020. *Id.* The Clerk of Court is further directed to mail to Petitioner a copy of the Court's June 9, 2020 and June 11, 2020 orders. 19-cv-9129, Dkt. Nos. 13, 15; 16-cr-656-2, Dkt. Nos. 745, 748.

SO ORDERED.

Dated: June 28, 2020

                                              _____
                                              GREGORY H. WOODS
                                              United States District Judge