```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN PEREZ,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

1:19-cv-9129-GHW

1:16-cr-656-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On August 15, 2017, Jonathan Perez pleaded guilty with respect to his participation in a conspiracy to distribute and possess with the intent to distribute cocaine and cocaine base, in violation of 21 U.S.C. § 846, and for aiding and abetting the possession of a firearm in furtherance of that drug trafficking offense in violation of 18 U.S.C. § 924(c). On November 29, 2017, the Court sentenced Mr. Perez to 163 months of imprisonment with respect to the drug trafficking offense, and 60 months with respect to the firearms offense, to be served consecutively. Mr. Perez's judgment of conviction was affirmed by the Second Circuit on December 3, 2018.

    On September 30, 2019, Mr. Perez filed a petition for habeas corpus under 28 U.S.C. § 2255. Dkt. No. 670; Case No. 1:21-cv-9129, Dkt. No. 1. The United States filed its opposition to Mr. Perez's petition on March 23, 2020. 1:16-cr-00656, Dkt. No. 726. Mr. Perez filed a reply on August 5, 2020. Case No. 1:21-cv-9129, Dkt. No. 20.

    The Court will hold a hearing with respect to Mr. Perez's petition on **January 6, 2025 at 11:00 a.m.** The hearing will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The Court anticipates that at that hearing it will appoint counsel to

represent Mr. Perez in connection with this application as required under Rule 8(C) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

The Court directs the United States to produce Mr. Perez for the January 6, 2025 hearing.

The Clerk of Court is directed to mail Mr. Perez copy of this order by first-class and certified mail.

SO ORDERED.

Dated: October 28, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge