UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/25

JONATHAN PEREZ,

                    Petitioner,

-against-

UNITED STATES OF AMERICA,

                    Respondent.

1:19-cv-9129-GHW

1:16-cr-656-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

        On September 30, 2019, Jonathan Perez filed a petition for habeas corpus under 28 U.S.C. § 2255. Dkt. No. 670[1]; Case No. 1:19-cv-9129, Dkt. No. 1. On January 24, 2025, counsel for Mr. Perez filed a letter requesting that Mr. Perez's "28 U.S.C. § 2255 Petition and all subsequent memoranda in support of the petition" be withdrawn. Dkt. No. 1059. Mr. Perez's counsel writes that Mr. Perez "understands that due to this request, his § 2255 Petition will be withdrawn and that it cannot be refiled." *Id.* Mr. Perez's application is granted.

        Mr. Perez's petition for habeas corpus relief is withdrawn. All deadlines established by the Court with respect to the litigation of the issues presented in connection with that petition are adjourned *sine die*.

---

[1] All docket number references are to the docket in 1:16-cr-656-GHW unless otherwise noted.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 670 and 1059 and to close case number 1:19-cv-9129.

SO ORDERED.

Dated: January 27, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge